<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6896**

———————

UNITED STATES OF AMERICA,

                         Plaintiff - Appellee,

    versus

J. W. DUNLAP,

                        Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert D. Potter, Senior District Judge. (CR-85-3, CR-85-7, CR-85-8, CR-85-9, CR-85-10)

———————

Submitted: November 5, 1998      Decided: November 19, 1998

———————

Before ERVIN, LUTTIG, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

J. W. Dunlap, Appellant Pro Se. Harry Thomas Church, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order responding to the request of the Warden of the United States Penitentiary in Terre Haute, Indiana, and stating that Appellant's fines and restitution stemming from his criminal conviction were due immediately. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Dunlap</u>, Nos. CR-85-3; CR-85-7; CR-85-8; CR-85-9; CR-85-10 (W.D.N.C. June 2, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2